AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>James Darrel KASSER<br><br>*Defendant(s)* | Case No.  2:25-mj-677 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/05/2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C 751(a) | Escape from Custody |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Tracey C. Clifford Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/5/2025

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state:  Columbus, Ohio

CHELSEY M. VASCURA, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Tracey C. Clifford, being duly sworn, do hereby declare and state the following:

### INTRODUCTION

1. I am a Deputy United States Marshal (DUSM) and have served with the United States Marshals Service (USMS) since December 2022. I am currently assigned to the USMS Southern Ohio Fugitive Apprehension Team (SOFAST) in the Southern District of Ohio. I have completed over 500 hours of instruction at the United States Marshals Service National Training Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. During my tenure with the USMS, I have received specialized training in fugitive apprehension and criminal investigations, including completion of the Criminal Investigator Training Program. Throughout my service as a Deputy U.S. Marshal, I have participated in numerous fugitive investigations in coordination with federal, state, and local law enforcement agencies. Additionally, I personally have been assigned as the Lead Deputy on numerous fugitive investigations that have resulted in the apprehension of a wanted person(s). I am authorized under 18 U.S.C. § 564 to enforce the laws of the United States, including 18 U.S.C. § 751, entitled Prisoners in Custody of Institution or Officer.

2. This affidavit is being submitted for the purpose of establishing probable cause that James Darrel Kasser (hereinafter referred to as "KASSER"), has violated a violation of Title 18, United States Code (U.S.C.) § 751, Escape – Prisoner in Custody.

3. The information in this affidavit is based on my personal knowledge, information provided by other law enforcement officers and individuals, and the reports of other law enforcement officers involved in this investigation. The information in this affidavit is provided

for the limited purpose of establishing probable cause in connection with this criminal complaint and arrest warrant and does not include all the information gathered during this investigation.

4. On or about November 23, 2021, KASSER was sentenced by United States District Judge Raymond Moore, District Court of Colorado, to a term of 72 months of incarceration in the Bureau of Prisons (BOP) following a conviction for Aiding and Abetting a False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2. KASSER was also sentenced to three (3) years of Supervised Release.

5. On or about December 17, 2021, KASSER was released to the custody of the BOP and ultimately incarcerated at FCI Florence. On or about September 4, 2025, KASSER was transferred to the Alvis House for Men, located at 1755 Alum Creek Drive, Columbus, Ohio where he was to remain in the custody of the BOP until his projected release date of April 3, 2026. The Alvis House is a Halfway House in the Southern District of Ohio, and a facility approved by the BOP for transitioning federal inmates.

6. When an inmate is serving part of their sentence at the Alvis House, they remain in BOP custody. Inmates are restricted on their movement to and from the facility and are only able to leave the facility for work or with approval from the facility staff and signing out of the facility when departing and signing back in when returning.

7. On or about December 5, 2025, at approximately 0815 hours, KASSER approached the coverage desk at Alvis House to leave for work, but there was not a posted schedule. KASSER proceeded to go back to his room, pack his belongings, and walk out of the door. The staff asked him what he was doing and where he was going, however the inmate kept walking out of the facility. Staff attempted to contact KASSER three times, but he did not answer his line. The USMS was notified of this at approximately 0926 hours on December 5, 2025.

8. As of December 5, 2025, KASSER has not returned to the Alvis House and his w whereabouts are unknown. No attempts have been made by USMS Southern Ohio to locate KASSER.

9. Based on the foregoing facts and my knowledge and experience, I submit that probable cause exists to believe that on or about December 5, 2025, in the Southern District of Ohio, KASSER did knowingly escape from custody from Alves House, a facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court of Colorado upon conviction for the commission of Aiding and Abetting a False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2, in violation of 18 U.S.C. 751(a). I thereby respectfully request the issuance of a criminal complaint and arrest warrant.

*(signature)*
Tracey C. Clifford
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence this 5th day of December 2025, in Columbus, Ohio

*(signature)*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE